IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CLYDE ERNEST HARPER, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 8:15CV301 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT R. FRAKES, NCCS Director NDCS, and BRIAN GAGE, Warden TSCI, | ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Respondents. | ) | |

This matter is before the court on Petitioner's Motion for Reconsideration. (Filing No. 15.) Petitioner requests that the court reconsider its June 8, 2016 Memorandum and Order which dismissed Petitioner's action as untimely. (Filing No. 13.) Petitioner has not provided the court with any grounds warranting reconsideration of its Memorandum and Order.

Accordingly,

IT IS ORDERED that Petitioner's Motion for Reconsideration (Filing No. 15) is denied.

DATED this 15th day of June, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge